# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                        RE:    Sharon N. DAILEY
                                   Docket Number: 2:07CR00252-01
                                   Initial Appearance Date: 09/14/2012
                                   **STIPULATED CONDITION**

Your Honor:

On September 14, 2012, in open court, the defendant agreed to the attached stipulation requiring that she maintain a valid California Identification, which shall be used for all personal and/or business transactions. She also agreed not to knowingly possess any identification documents belonging to another during the remaining term of supervised release.

Due to an oversight, the copy of the signed Stipulation to Modify Conditions of Supervised Release was not submitted. Please find the attached stipulation for the Court's approval. Should you have any questions, please feel free to contact me at (916) 930-4397.

                                   Respectfully submitted,

                                   /s/ Brenda Barron-Harrell

                                  **BRENDA BARRON-HARRELL**
                                  **United States Probation Officer**

Dated:  April 3, 2013
         Sacramento, California
         BBH/cd

Attachment

cc:    Michelle Rodriquez, Assistant United States Attorney
      Linda Harter, Assistant Federal Defender

AGREE: __X_____      DISAGREE: _____

_____      _____
Dated: April 12, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge