HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHARON DAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> SHARON DAILEY, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR-S-07-252 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER STATUS CONFERENCE ON THE PETITION** <br><br> Date: September 27, 2013 <br> Time: 9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Assistant U.S. Attorney MICHELLE RODRIGUEZ and defendant SHARON DAILEY, by and through her counsel, Chief Assistant Federal Defender Linda C. Harter, that the further status conference on the petition hearing set for Friday, July 19, 2013 be vacated, and a new status conference on the petition hearing be set for Friday, September 27, 2013, at 9:00 a.m.

/ / /

/ / /

The reason for this continuance is because defendant has a pending state court case involving the same charges and we are awaiting the conclusion of that case. The officer that will be testifying at the state court trial and who will also be needed as the federal hearing, has been out on medical leave. The Probation Officer joins in this request.

Dated: July 17, 2013

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

          */s/ Linda C. Harter*
          LINDA C. HARTER
          Chief Assistant Federal Defender
          Attorney for Defendant
          SHARON DAILEY

Dated: July 17, 2013        */s/ Linda C. Harter*
          MICHELLE RODRIGUEZ
          Assistant U.S. Attorney
          Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on July 19, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the further status conference on the petition be set on **Friday, September 27, 2013, at 9:00 a.m.**

Dated: July 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge